B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Timothy Gerard Kruse**  
Debtor(s)

Case No. _____  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** Colonial Lns | **Describe Property Securing Debt:** 2000 Harley Davidson Motorcycle |
|---|---|

Property will be (check one):  
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt    ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** Countrywide | **Describe Property Securing Debt:** House and land located at 126 Elvin Hill Road, Maynardville, Union County, Tennessee |
|---|---|

Property will be (check one):  
■ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt    ☐ Not claimed as exempt

---

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Regions Bank** | **Describe Property Securing Debt:**<br>**House and land located at 126 Elvin Hill Road, Maynardville, Union County, Tennessee** |

Property will be (check one):
 ■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Southeast Community Capital Corp.** | **Describe Property Securing Debt:**<br>**2000 Dodge 3500 Pickup(5000), Inventory(6040.93), Machinery & Equipment(25,556) 3rd mortgage on real property, Patent(1778)** |

Property will be (check one):
 ■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

B8 (Form 8) (12/08)              Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **February 23, 2009**      Signature **/s/ Timothy Gerard Kruse**
                                                                              **Timothy Gerard Kruse**
                                                                              Debtor