**The Movant shall, within 10 days, file and serve an amended motion
containing a notice of hearing or passive notice legend as required
by Local Rule 9013-1. Counsel shall not upload another order as an
"Agreed Order" unless all affected parties have approved the order.**



**The matter addressed in this rejected order and the
accompanying motion is unresolved for the
reason(s) set forth above.**

**SIGNED this 17 day of April, 2009.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

_____

**IN RE:**

| | |
|---|---|
| **TIMOTHY GERARD KRUSE** | **BANKR. CASE NO. 09-31002** |
| | **CHAPTER 7** |
| Debtor. | |

_____

### AGREED ORDER FOR RELIEF FROM AUTOMATIC STAY AS TO SOUTHEAST COMMUNITY CAPITAL CORPORATION

This contested matter came before the court upon the Motion to Terminate the Automatic Stay and Abandonment of Property of the Estate pursuant to 11 U.S.C. §§ 362(d) and 554 and FED. R. BANKR. P. Rule 4001 and 9014 (the "Motion") filed by Southeast Community Capital Corporation (hereinafter "SCC"). The Court finds that there was no opposition to the Motion and, therefore, the Motion is **GRANTED.**

It is therefore ORDERED AND ADJUDGED as follows:

1. The automatic stay is terminated as to the Collateral and proceeds thereof;

M ALF1 1144950 v1
0-0 04/16/2009

2. Southeast Community Capital Corporation shall be entitled to proceed with liquidation of the Collateral and any other rights it may have as a secured creditor in the Collateral and proceeds thereof, pursuant to the Notes, Agreement and applicable state law.

3. The Collateral is abandoned from the estate;

4. This order shall be effective immediately, the provisions of Bankruptcy Rule 4001(a)(3) being waived.

**IT IS SO ORDERED**.

Approved for Entry:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.


/s/ Blair B. Evans
Blair Evans (TNB#018370)
R.Spencer Clift III (No. 20445)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2192
Fax: 901.577.577.0850
Email: bevans@bakerdonelson.com

*Counsel for Southeast Community*
*Capital Corporation*



M ALF1 1144950 v1
0-0 04/16/2009