# EXHIBIT "D"

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Tracey Larsen, Phone: 865-220-2021 x1033

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Southeast Community Capital Corporation
ATTN: Tracey Larsen
1020 Commerce Park Drive
Suite L
Oak Ridge, TN 37830

RECEIVED - TENDERED FOR FILING
TENNESSEE SECRETARY OF STATE
02/20/07 03:46 PM
307-111665

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

**1a. ORGANIZATION'S NAME:** Cruzin' Machine

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 126 Elvin Hill Rd | Maynardville | TN | 37807 | USA |

**1d. TAX ID #: SSN OR EIN:** xxx-xx-2889

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME**

**2b. INDIVIDUAL'S LAST NAME:** Kruse  **FIRST NAME:** Timothy  **MIDDLE NAME:** G

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 126 Elvin Hill Rd | Maynardville | TN | 37807 | USA |

**2d. TAX ID #: SSN OR EIN:** xxx-xx-2889

**3. SECURED PARTY'S NAME**

**3a. ORGANIZATION'S NAME:** Southeast Community Capital Corporation

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 806 South Sixth Street | Nashville | TN | 37206 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

(a) A first lien on all business assets of the Borrower including but not limited to, accounts receivable, contracts, chattel paper, contract rights, documents, trademarks, patents, instruments, proceeds, finished inventory, work-in-progress, raw material, raw inventory, general intangibles, furniture, fixtures, and equipment of every description and kind, whether now owned or hereafter acquired. This security interest shall be documented via a perfected National Financing Statement (Form UCC1).
(b) A first lien on Borrower's 1992 Ford E250 Cargo Van (VIN: 1FTFE24H5NHA44642). This security interest shall be documented via a perfected certificate of title and/or other instrument.
(c) A third lien on Borrower's primary residence located at 126 Elvin Hill Rd, Maynardville, TN 37807 (Union County TN). This security interest shall be documented via a perfected Deed of Trust.

Indebtedness tax paid via instrument number 07000409 filed with Union County Register of Deeds.

**Maximum principal indebtedness for Tennessee recording tax purposes is $ 56,000.00**

**8. OPTIONAL FILER REFERENCE DATA**
1071-01, 1071-02, and 1071-03

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)