| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1B7MF336XYJ117382 | 2000 | DODG | Q35 | 4C | 86215165 |

DATE OF FIRST SECURITY INTEREST  03-27-2008
FIRST LIENHOLDER CODE
SOUTHEAST COMM CAPITAL CORP
201 VENTURE CIRCLE
NASHVILLE      TN 37228

FIRST LIEN RELEASED BY

_____
SIGNATURE                RELEASE DATE

*EXHIBIT "E"*

SOUTHEAST COMM CAPITAL CORP
201 VENTURE CIRCLE
NASHVILLE      TN  37228

STATE OF TENNESSEE
DEPARTMENT OF REVENUE                                0000226

**STATE OF TENNESSEE**

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE DOCUMENT, BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

**CERTIFICATE OF TITLE**

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1B7MF336XYJ117382 | 2000 | DODG | Q35 | 4C | 86215165 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
|  | X |  | 77320122 | TN | $983.00 | 87 | 176670 |

PREV OTHER TITLE ST:   NC
DATE TITLE ISSUED       10-16-2008
DATE VEHICLE ACQUIRED   10-29-2007

REMARKS

**ACTUAL MILEAGE**

TIM KRUSE
126 ELVIN HILL RD
MAYNARDVILLE      TN  37807

0805880417

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY

_____
SIGNATURE                RELEASE DATE
DATE OF FIRST SECURITY INTEREST  03-27-2008
FIRST LIENHOLDER CODE
SOUTHEAST COMM CAPITAL CORP
201 VENTURE CIRCLE
NASHVILLE      TN 37228

5261889

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK.

**STATE OF TENNESSEE**