

**SO ORDERED.**

**SIGNED this 29 day of April, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:    KRUSE, TIMOTHY GERARD
         MACHINE, CRUZIN

              DEBTOR(S)           CASE NO. 09-31002
                                  CHAPTER 7

<u>AGREED ORDER AUTHORIZING EMPLOYMENT OF ANN MOSTOLLER</u>

Upon application of Ann Mostoller, Trustee, and approval of Patricia Foster, Attorney for the US Trustee, as evidenced by the signatures below, seeking authorization to employ herself and the law firm of Mostoller, Stulberg, Whitfield & Allen to act as attorneys for the estate and it appearing that Ann Mostoller and the law firm of Mostoller, Stulberg, Whitfield & Allen, its members and associates, do not hold or represent an interest adverse to the estate and are disinterested persons and that the employment is in the best interest of the estate and the economical administration thereof, it is ORDERED that Ann Mostoller, Trustee herein, is authorized to employ herself and the law firm of Mostoller, Stulberg, Whitfield & Allen of which she is a member, to act as attorneys for the Trustee and the estate to pursue an account

receivable against Legends Motorsports , and such other legal work as may be necessary in the administration of the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications for compensation pursuant to §328 of the Bankruptcy Code.

APPROVED FOR ENTRY:

/s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for Trustee
Mostoller, Stulberg, Whitfield & Allen
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
twilliams@msw-law.com

/s/ Patricia Foster
Patricia Foster
Attorney for U.S. Trustee
Howard H. Baker, Jr. U.S. Courthouse
800 Market Street, Suite 114
Knoxville, TN 37902
(865) 545-4324

###