

**SO ORDERED.**

**SIGNED this 14 day of May, 2009.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
**Richard Stair Jr.**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

_____

IN RE:

**TIMOTHY GERARD KRUSE**          **BANKR. CASE NO. 09-31002**
                                  **CHAPTER 7**
    Debtor.

_____

### ORDER FOR RELIEF FROM AUTOMATIC STAY AS TO SOUTHEAST COMMUNITY CAPITAL CORPORATION

This contested matter came before the court upon the Motion to Terminate the Automatic Stay and Abandonment of Property of the Estate pursuant to 11 U.S.C. §§ 362(d) and 554 and FED. R. BANKR. P. Rule 4001 and 9014 (the "Motion") filed by Southeast Community Capital Corporation (hereinafter "SCC"). The Court finds that there was no opposition to the Motion and, therefore, the Motion is **GRANTED.**

It is therefore ORDERED AND ADJUDGED as follows:

1. The automatic stay is terminated as to the Collateral and proceeds thereof;

2.  Southeast Community Capital Corporation shall be entitled to proceed with liquidation of the Collateral and any other rights it may have as a secured creditor in the Collateral and proceeds thereof, pursuant to the Notes, Agreement and applicable state law.

3.  The Collateral is abandoned from the estate;

4.  This order shall be effective immediately, the provisions of Bankruptcy Rule 4001(a)(3) being waived.

**IT IS SO ORDERED**.

Approved for Entry:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.


/s/ Blair B. Evans
Blair Evans (TNB#018370)
R.Spencer Clift III (No. 20445)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone:  901.577.2192
Fax:  901.577.577.0850
Email:  bevans@bakerdonelson.com

***Counsel for Southeast Community
Capital Corporation***