

**SO ORDERED.**

**SIGNED this 21 day of May, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| IN RE: | TIMOTHY GERARD KRUSE, | Case No. 09-31002-RSJ |
|---|---|---|
| | Debtor | Chapter 7 |

**ORDER GRANTING MOTION FOR ABANDONMENT AND RELIEF
FROM THE AUTOMATIC STAY PROVISIONS OF THE BANKRUPTCY CODE**

This matter having come before the Court pursuant to the motion of Movant, Countrywide Home Loans Servicing LP, as servicing agent for FNMA SCH/SCH MBS FIXED, MERS as nominee, for relief and abandonment from the automatic stay, and the Court finds that there was no opposition to the motion and, therefore, the motion is **GRANTED**. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure does not apply in this case. Therefore, relief is hereby granted, the property is no longer property of the bankruptcy estate, and Movant is free to pursue state court remedies against the real property more commonly known as 126 Elvin Hill Road, Maynardville, Tennessee 37807**,** said real property being more particularly described as follows:

2

**BEGINNING on an iron pin on the East side of Hill Road, the same being 230 feet from Hwy #61; thence Northwardly with the Hill Road 262 feet to an iron pin; thence Northeastwardly 685 feet to a black oak tree in the Shell Linel thence southwestwardly with the Shell Line 570 feet to an iron pin; thence westwardly a straight line 685 feet to the beginning corner.**

**IT IS SO ORDERED.**

# # #

APPROVED:


/s/ John L. Billings
John L. Billings (025268)
John R. Roan (026553)
WILSON & ASSOCIATES, P.L.L.C.
109 Northshore Drive, Suite 302
Knoxville, Tennessee 37919
(865) 558-5688
Attorneys for Movant

W&A No. 726-160746
Loan No. xxxxx1733