B6J (Official Form 6J) (12/07)

In re __Timothy Gerard Kruse_____   Case No. __3:09-bk-31002__
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|    a. Are real estate taxes included?  Yes ___  No _X_ | |
|    b. Is property insurance included?  Yes ___  No _X_ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 100.00 |
|    b. Water and sewer | $ 0.00 |
|    c. Telephone | $ 0.00 |
|    d. Other  __Cell Phone__ | $ 60.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 200.00 |
| 5. Clothing | $ 26.28 |
| 6. Laundry and dry cleaning | $ 75.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 284.83 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 0.00 |
|    c. Health | $ 178.00 |
|    d. Auto | $ 48.00 |
|    e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify)  __Property Taxes__ | $ 38.17 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 0.00 |
|    b. Other  __Colonial Loan - Motorcycle__ | $ 210.00 |
|    c. Other  __Citi Credit Card Order Paid in Div - Resurgent Capital__ | $ 277.72 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  __vehicle tags__ | $ 2.00 |
|    Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 1,500.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 1,500.00 |
| b. Average monthly expenses from Line 18 above | $ 1,500.00 |
| c. Monthly net income (a. minus b.) | $ 0.00 |

## STATEMENT OF DECLARATION

I, Timothy Gerard Kruse, named as the debtor in this case declare under penalty of perjury that I have read the foregoing amendment to Schedule J, and they are true and correct to the best of my information and belief.

This the _1st_ day of _June_, 2009.

/s/ Timothy Gerard Kruse

## CERTIFICATE OF SERVICE

I, Jimmie D. Turner, hereby certify that I have served a true and exact copy of the foregoing Amendment to Schedule J pleading document by placing same in the U.S. Mail, postage prepaid, or by E-Mail (ECF) or Fax to the following:

Ann Mostoller                               via e-mail (ECF)
Chapter 7 Trustee
136 South Illinois Avenue
Suite 104
Oak Ridge, TN 37830

Patricia C. Foster                          via e-mail (ECF)
Attorney for U.S. Trustee
800 Market St. Suite 114
Knoxville, TN 37902

This the _1st_ day of _June_, 2009.

/s/ Jimmie D. Turner
Jimmie D. Turner
Attorney at Law