# Wilson & Associates, P.L.L.C.

Attorneys at Law – Tennessee & Arkansas

109 Northshore Suite 302
Knoxville, TN 37919
865-558-5688
Fax: 865-558-9078
Internet: www.wilson-assoc.com

James Bergstrom**
John Billings**
Holly Bishop**
Randall S. Bueter+
Kimberly D. Burnette
Aaron Caldwell
Mary Robin Casteel
Kristin Cordell
Ted Cummins**
Deanna Dorrough
Leslie Fryxell
Joel W. Giddens**
Michael Hathorn*
Samuel High+
Jay Kendall**
Jonathon Luedloff
Jason S. Mangrum**
Leslie N. Mann
Angela Martin
H. Keith Morrison+
Robert H. Moss**
Maria Neumann
Christopher L. Palmer+
Blake Pennington
Adam Perdue
J. Skipper Ray+
John Roan**
J.P. Sellers
Linda Schneider+
Matthew R. Smith
Aaron Squyres+
Shellie Wallace+
Charles T. Ward, Jr.
Robert M. Wilson, Jr.++
Jennifer Wilson-Harvey+
Lane Wolfenbarger**

+Admitted in Arkansas and Tennessee
++Admitted in Arkansas, Tennessee
    and Texas
**Admitted in Tennessee
* Of Counsel
All others admitted in Arkansas

July 20, 2010

Danny W. Armstrong
Clerk of Court
U.S. Bankruptcy Court, Eastern District of TN
31 East 11th Street
Historic U.S. Courthouse
Chattanooga, TN 37402

RE:    Batch Substitution of Counsel
       John L. Billings

Dear Mr. Armstrong:

Please be advised that as of July 23, 2010, I, John L. Billings will no longer be an associate attorney with the law firm of Wilson & Associates, P.L.L.C. During my tenure with Wilson & Associates, I filed Notice of Appearances, Motions for Relief from the Automatic Stay, as well as other pleadings on behalf of creditors in numerous cases, none of which I am taking with me.

By this letter, I am requesting that I, John L. Billings, be allowed to withdraw and John R. Roan, an associate with Wilson & Associates, be substituted as counsel of record in all wherein I am listed as counsel of record through July 23, 2010. By his signature on this letter, Mr. Roan is agreeing to the substitution of counsel in the cases.

If you need further information or have any questions, please contact me at the number set forth above. Thank you in advance for your assistance and cooperation in this matter.

Sincerely,

John L. Billings (BPR#025268)

I, John R. Roan, an associate attorney with Wilson & Associates, P.L.L.C., do hereby agree to be substituted as counsel for all cases in which John L. Billings was entered as counsel of record prior to July 23, 2010.

John R. Roan, associate attorney (BPR#026553)
Wilson & Associates, P.L.L.C.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TENNESSEE

In Re:                                    )
                                          )
**Substitution of Counsel**               )
                                          )
                                          )
                                          )

## ORDER

    Attorney John L. Billings has submitted a letter to the Clerk of the Court advising that he is no longer an associate attorney with the firm of Wilson & Associates, P.L.L.C., and during his tenure with said law firm he filed notice of appearances, motions for stay relief, and other pleadings on behalf of creditors in numerous cases. The letter further states John R. Roan, an associate attorney with the firm of Wilson & Associates, P.L.L.C., should be substituted as counsel of record in all cases in which Mr. Billings was listed as counsel of record through July 23, 2010. Mr. Roan has also stated in the letter that he agrees to be substituted as counsel of record in the aforesaid cases. The Court will treat the letter as a motion for substitution of counsel in all of the aforesaid cases, and the motion is granted. The clerk will take the appropriate action to reflect the substitution of counsel in the aforesaid cases, and a docket entry will be created in each case that shows the substitution of counsel for the particular creditor in that case.



JOHN C. COOK
Chief United States Bankruptcy Judge